```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INTERNATIONAL UNION OF PAINTERS   :    CIVIL ACTION
AND ALLIED TRADES DISTRICT        :
COUNCIL NO. 21 HEALTH AND         :
WELFARE FUND, et al.              :
                                  :
          v.                      :
                                  :
RUGGEAR PAINTING, INC.            :    NO. 11-6741
```

ORDER

AND NOW, this 23rd day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs for summary judgment against defendant Ruggear Painting, Inc. is GRANTED in the amount of $205,337.30 and otherwise DENIED.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                   J.